UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22003-CIV-UU

WALTER EDUARDO PEREZ and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                      Plaintiffs, )
    vs. )

BRANDS MART U.S.A., INC.,
RYDER SYSTEM, INC.,
SHARPE DELIVERY SERVICE, INC.,
CLAUDE GLEGG.,

                                  Defendants.

**PLAINTIFF'S STATEMENT OF CLAIM**

       Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Half-Time Overtime Claim (5/18/15-5/12/18[1]):**
Amount of Half-Time Overtime per hour not compensated: $4.00
Weeks: 156 (rounded up)
Overtime hours per week: 50
Total overtime wages unpaid and liquidated damages: $31,200 X 2 = $62,400.00, *exclusive of* **attorneys' fees and costs**

\* Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
\*\* Plaintiff reserves the right to seek time-and-one-half damages for any *additional* completely unpaid overtime hours should the facts adduced in discovery justify same.

                                                         Respectfully submitted,

                                                         J. H. ZIDELL, P.A.
                                                         ATTORNEYS FOR PLAINTIFF
                                                         300-71ST STREET, SUITE 605
                                                         MIAMI BEACH, FLORIDA 33141

---

[1] There was an inadvertent scriveners' error corrected herein.

                                    305-865-6766
                                    305-865-7167

                                  By:_s/ Rivkah F. Jaff, Esq. ___
                                       Rivkah F. Jaff, Esquire
                                       Florida Bar No.: 107511

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 5/29/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____**
**RIVKAH F. JAFF, ESQ.**