# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
CASE NO.: 18-22003-CIV-UU

WALTER EDUARDO PEREZ and all others )
similarly situated under 29 U.S.C. 216(b), )
)
       Plaintiffs, )
vs. )
)
BRANDS MART U.S.A., INC., )
RYDER SYSTEM, INC., )
SHARPE DELIVERY SERVICE, INC., )
CLAUDE GLEGG., )
)
       Defendants. )
_____)

SERVED 5/30/18
DATE
TIME 11:45 m
BY
CER# 47

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
BRANDS MART U.S.A., INC.,
Registered Agent: Alvarez, Tammy
2893 Executive Park Drive   1600 N. Commerce Pkwy
Suite 204
Weston, Fl 33331

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached First Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 29, 2018
_____


Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
_____
Deputy Clerk
U.S. District Courts



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*18-02003*
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Grand Mart C.V.A. Inc
was received by me on *(date)* 1/25/19 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Emmy Alcala R/A _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Grand
Mart C.V.A. Inc on *(date)* 1/31/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/31/18

_____
Server's signature

**Perry Parang**
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: