UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-22003-UU

WALTER EDUARDO PEREZ,

    Plaintiff,

v.

BRANDS MART U.S.A., INC., *et al.*,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On May 18, 2018, Plaintiff filed his complaint with the Court. D.E. 1. On May 25, 2018, Plaintiff filed a verified return of service for Brands Mart U.S.A., Inc., indicating that they had been served on May 21, 2018. D.E. 7. Subsequently, on June 1, 2018, Plaintiff filed another verified return of service as to the same Defendant, this time indicating they had been served on May 30, 2018. D.E. 12. As of June 6, 2018, Plaintiff has not filed a verified affidavit of service as to the remaining Defendants, nor otherwise apprised the Court as to his efforts in effecting service on Defendants. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff shall show cause in writing, not to exceed three pages, explaining the duplicate return of service, D.E. 7; D.E. 12, and apprise the Court as to his efforts in effecting service on the remaining Defendants by **Monday June 11, 2018**. **Failure to respond to this Order may result in dismissal of this action against the unserved Defendants without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this _6th__ day of June, 2018.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record