UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-22003-CIV-UNGARO/O'SULLIVAN

WALTER EDUARDO PEREZ

    Plaintiff,

v.

BRANDS MART U.S.A., et al.,

    Defendants.

_____/

**AMENDED ORDER SCHEDULING SETTLEMENT CONFERENCE**
**(Change in Hearing Date Only)**

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Ursula Ungaro, United States District Judge, for a settlement conference to be conducted by the undersigned, United States Magistrate Judge John J. O'Sullivan. As a result of the District Court's Order of referral, it is hereby **ORDERED AND ADJUDGED** as follows:

1. A settlement conference in this matter is scheduled before the undersigned for **9:30 A.M., Wednesday, July 25, 2018,** at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, **5th** Floor, Miami, Florida, 33128. **ANY PARTY WHO DOES NOT SPEAK ENGLISH MUST BRING A PROFESSIONAL INTERPRETER TO THE SETTLEMENT CONFERENCE.** The plaintiff(s) and the defendant(s) may not share an interpreter. The settlement conference previously set for July 23, 2018 is CANCELLED

2. The settlement conference **shall** be attended by all parties, corporate representatives, and their counsel of record. All persons named as individual parties shall be present and each entity shall have a party representative(s) present with <u>full authority</u> to bind the party up to and including the full amount claimed as damages plus any applicable attorney's fees and costs.

3. **In the event that a monetary settlement would be payable from proceeds of an insurance policy, <u>a claims professional/ representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the</u>**

**party's policy(s), shall be present.**
**Failure of a party representative with full and final authority to make and accept offers of settlement to attend this conference may result in the undersigned's *sua sponte* recommendation to the District Judge that sanctions be entered against the offending party.**

4. Telephonic attendance **will not be considered** without the undersigned's prior permission, and unless extraordinary circumstances exist.

5. The conference will not be continued absent extremely compelling circumstances.  **Any motion for continuance shall provide dates and times that are available for all parties.**

6. The parties shall take note that in civil actions the Court does not provide an interpreter for parties who do not speak English.  In the event that a party requires an interpreter, it shall be that party's burden to provide one.  The parties are further advised that laptop computers are not permitted in the Federal Courthouse absent permission from the Office of the U.S. Marshal.

7. The conference shall be conducted without a court reporter and will not be tape recorded.  All representations and statements made at the conference shall remain confidential.

8. The parties are not required to submit any statements/documentation in preparation for the conference.

9. **Counsel shall remind their clients that they must bring proper identification (ex. driver's license) and that mobile phones are not permitted inside the Courthouse.**

10. In the event this matter settles prior to the conference, the parties shall immediately advise the undersigned's chambers.

**DONE AND ORDERED** in Chambers at Miami, Florida this **26th** day of June, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All counsel of record