## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 18-22003-CIV-UU

WALTER EDUARDO PEREZ and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                          Plaintiffs, )
    vs. )

BRANDS MART U.S.A., INC., )
RYDER SYSTEM, INC, )
SHARPE DELIVERY SERVICE, INC., )
CLAUDE GLEGG., )

                                                Defendants. )

### DEFENDANT RYDER SYSTEM, INC.'S RESPONSE
### TO PLAINTIFFS' STATEMENT OF CLAIM

Pursuant to the Court's Order and Referral in Actions Brought Under the Fair Labor Standards Act (D.E. 8), Defendant Ryder System, Inc. (hereinafter "Ryder") hereby files its Response to Plaintiff's Statement of Claim (D.E. 11), stating as follows:

1. Plaintiff has not – because he cannot – made any factual allegations that would support any possible claim that Plaintiff, or any member of a putative collective class he purports to represent, is entitled to any relief from Ryder.

2. Ryder is an improper defendant in this action.

3. Plaintiff was never employed by Ryder, and never subject to the direction and control of Ryder.

4. Plaintiff was not paid by Ryder since he was not employed by Ryder.

5. Ryder denies that it owes Plaintiff, or any member of a putative collective class he purports to represent, any wages.

Dated this 27th day of June, 2018.

By: */s/ Anne Marie Estevez*
**Anne Marie Estevez**
   Florida Bar No. 991694
   annemarie.estevez@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Attorney for Defendant Ryder System, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Anne Marie Estevez*
Anne Marie Estevez

## SERVICE LIST

**Neil Tobak, Esq.**
Fla. Bar No. 093940
ntobak.zidellpa@gmail.com
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167

*Attorney for Plaintiffs*

**Adi Amit**
Lubell & Rosen, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301
954-880-9500
Fax: 954-755-2993
Email: adi@lubellrosen.com

*Attorney for Defendants Sharpe Delivery Service, Inc., and Claude Gregg*

**Hilda Piloto**
Florida Bar No. 0154120
SAUL EWING ARNSTEIN & LEHR LLP
200 South Biscayne Boulevard
Suite 3600
Miami, Florida 33131-2395
Phone: 305.428.4500
Fax: 305.808.8620
Primary Email: hilda.piloto@saul.com
Secondary Email: ana.sharp@saul.com

*Attorney for Defendant BrandsMart U.S.A., Inc.*