UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22003-CIV-UU

WALTER EDUARDO PEREZ and all others )
similarly situated under 29 U.S.C. 216(b), )
                                           )
            Plaintiffs,                    )
                                           )
    vs.                                    )
                                           )
BRANDS MART U.S.A., INC.,                  )
BRANDS MART SYSTEM, INC,                   )
SHARPE DELIVERY SERVICE, INC.,             )
CLAUDE GLEGG.,                             )
                                           )
            Defendants.                    )
_____

**DEFENDANT BRANDSMART U.S.A., INC.'S RESPONSE
TO PLAINTIFFS' STATEMENT OF CLAIM**

Pursuant to the Court's Order and Referral in Actions Brought Under the Fair Labor Standards Act (D.E. 8), Defendant BrandsMart U.S.A., Inc. (improperly identified as "Brands Mart U.S.A., Inc." in the Complaint, hereinafter "BrandsMart U.S.A., Inc." or "Defendant") hereby files its Response to Plaintiff's Statement of Claim (D.E. 11), stating as follows:

1.      Plaintiff has not – because he cannot – made any factual allegations that would support any possible claim that Plaintiff, or any member of a putative collective class he purports to represent, is entitled to any relief from BrandsMart U.S.A., Inc.

2.      Plaintiff was never employed by BrandsMart U.S.A., Inc., and BrandsMart U.S.A., Inc. is an improper defendant in this action.

3.      Plaintiff was not paid by BrandsMart U.S.A., Inc. since he was not employed

by BrandsMart U.S.A., Inc.

4. BrandsMart U.S.A., Inc. does not possess any records relating to Plaintiff.

5. BrandsMart U.S.A., Inc. denies that it owes Plaintiff, or any member of a putative collective class he purports to represent, any wages.

6. BrandsMart U.S.A., Inc. does not have any employees.

7. BrandsMart U.S.A., Inc. did not have contracts or any type of relationship with any of the other defendants.

8. BrandsMart U.S.A., Inc. does not operate in interstate commerce.

Dated this 27th day of June, 2018.

By: */s/ Anne Marie Estevez*
**Anne Marie Estevez**
  Florida Bar No. 991694
  annemarie.estevez@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652


**Hilda Piloto**
Florida Bar No. 0154120
SAUL EWING ARNSTEIN & LEHR LLP
200 South Biscayne Boulevard
Suite 3600
Miami, Florida 33131-2395
Phone: 305.428.4500
Fax: 305.808.8620
Primary Email: hilda.piloto@saul.com
Secondary Email: ana.sharp@saul.com

*Attorneys for Defendant BrandsMart U.S.A., Inc.*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Anne Marie Estevez*
Anne Marie Estevez

**SERVICE LIST**

| | |
|---|---|
| **Neil Tobak, Esq.** | **Adi Amit** |
| Fla. Bar No. 093940 | Lubell & Rosen, LLC |
| ntobak.zidellpa@gmail.com | 200 S. Andrews Avenue |
| J.H. ZIDELL, P.A. | Suite 900 |
| 300 71st Street, Suite 605 | Fort Lauderdale, FL 33301 |
| Miami Beach, FL 33141 | 954-880-9500 |
| Telephone: (305) 865-6766 | Fax: 954-755-2993 |
| Facsimile: (305) 865-7167 | Email: adi@lubellrosen.com |
| | |
| *Attorney for Plaintiffs* | *Attorney for Defendants Sharpe Delivery Service, Inc., and Claude Gregg* |