UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22003-CIV-UU

WALTER EDUARDO PEREZ and all others )
similarly situated under 29 U.S.C. 216(b),       )
                                                                          )
                               Plaintiffs,                           )
            vs.                                                       )
                                                                          )
                                                                          )
BRANDS MART U.S.A., INC.,                        )
RYDER SYSTEM, INC,                                  )
SHARPE DELIVERY SERVICE, INC.,           )
CLAUDE GLEGG.,                                        )
                                                                          )
                               Defendants.                        )
_____

**JOINT PLANNING AND SCHEDULING REPORT**

Plaintiff and Defendants, by and through the undersigned counsel, pursuant to Fed. R.

Civ. P. 26(f), S.D.Fla. L.R. 16.1(B), and the Court's Order, hereby file this Joint Scheduling

Report.

A.      The Likelihood of Settlement

The Parties intend to explore, in good faith, the possibilities of settlement and will continue
to explore, in good faith, the possibilities of settlement as contemplated by S.D. Fla. L.R.
16.1(B)(5), as this case progresses further.

B.      The Likelihood of Appearance In the Action of Additional Parties

At the present time, the Parties do not anticipate adding any additional Parties however the
Parties will seek leave to amend, if applicable. Plaintiff intends to fully utilize the FLSA
opt-in process and will seek leave to amend or certify if applicable.

C.      Proposals for the Formulation and Simplification of Issues

The Parties agree to cooperate in trying to simplify the issues through discovery.

D.      The Necessity or Desirability of Amendments to the Pleadings

Plaintiff intends to fully utilize the FLSA opt-in process and will seek leave to amend or
certify if applicable. Plaintiff demands a trial by jury.

1

E.     The Possibility of Obtaining Admissions of Fact and Documents to Avoid Unnecessary Proof

The Parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action. The Parties will work to agree on authentication of relevant documents and reserving arguments as to interpretation of such documents, specifically, to documents which originated from each of the Parties and/or their respective representatives/employees.  At this time, there is no need for any advance rulings with respect to admissibility of evidence.

F.     Suggestions of the Avoidance of Unnecessary Proof and Cumulative Evidence

The Parties, where possible and in good faith, shall attempt to streamline the presentation of evidence to advance the case to trial, and to minimize the duration of the proposed trial, as to those facts and evidence where there is no dispute.

G.     Suggestions on the Advisability of Referring Matters to Magistrate Judge or Master

The Parties do not agree to consent to the Magistrate at this time.

H.     Preliminary Estimate of the Time Required for Trial

The Parties estimate this case will require 3 to 4 days for trial. Plaintiff requests a trial by jury.

I.     Any Other Information That Might Be Helpful to the Court

Counsel for the Plaintiff are Jewish and observe the High Holy Days.  Plaintiff's counsel's firm, is closed in observance of said holidays on 9/10/18, 9/11/18, 9/19/18, 9/24/18, 9/25/18, 10/1/18, 10/2/18, 1/1/18, 4/25/19, 4/26/18. Defendants and Defense Counsel are unavailable for the following days: None.

DATED:  The 6th day of July, 2018.

By: */s/ Neil Tobak, Esq.*_____
   Neil Tobak, Esq.
   Fla. Bar No. 093940
   ntobak.zidellpa@gmail.com
   J.H. ZIDELL, P.A.
   300 71st Street, Suite 605
   Miami Beach, FL 33141
   Telephone: (305) 865-6766
   Facsimile: (305) 865-7167
   *Attorney for Plaintiffs*

By: */s/. Joshua Sheskin*
   **Joshua Sheskin**
   Lubell & Rosen, LLC
   200 S. Andrews Avenue
   Suite 900
   Fort Lauderdale, FL 33301
   954-880-9500
   Fax: 954-755-2993
   Email: adi@lubellrosen.com *Attorney for Defendants Sharpe Delivery Service, Inc., and Claude Gregg*

2

By: */s/ Anne Marie Estevez*_____
**Anne Marie Estevez**
   Florida Bar No. 991694
   annemarie.estevez@morganlewis.com
**Dalisi Otero Carrasco**
   Florida Bar No. 123634
   dalisi.carrasco@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Attorneys for Defendants Ryder System, Inc. and*
*BrandsMart U.S.A., Inc.*

By: */s/.* **Hilda Piloto** _____
**Hilda Piloto**
Saul Ewing Arnstein & Lehr
200 S Biscayne Boulevard
Suite 3600
Miami, FL 33131
305-374-3330
Fax: 305-808-8625
Email: hilda.piloto@saul.com
*Attorney for Defendant Brands Mart USA*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22003-CIV-UU

WALTER EDUARDO PEREZ and all others )
similarly situated under 29 U.S.C. 216(b),  )
                                      )
            Plaintiffs,  )
    vs.  )
                                        )
BRANDS MART U.S.A., INC.,  )
RYDER SYSTEM, INC,  )
SHARPE DELIVERY SERVICE, INC.,  )
CLAUDE GLEGG.,  )
                                        )
            Defendants.  )
_____

      **THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on

July 15, 2019.  The **Calendar Call** will be held at **9:30 a.m. on Wednesday, July 10, 2019**.  A

**Status Conference** will be held at **9:30 a.m. on Wednesday, June 26, 2019**.  The parties

propose that this case be assigned to the standard track. The parties shall adhere to the following

schedule[1]:

1. Joinder of any additional parties and filing to amend the complaint by          **September 29, 2018**

2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by          **July 20, 2018[2]**

---

[1]Counsel for the Plaintiffs are Jewish and observe the High Holy Days.  Plaintiff's counsel's firm, is closed in observance of said holidays on 9/10/18, 9/11/18, 9/19/18, 9/24/18, 9/25/18, 10/1/18, 10/2/18, 1/1/18, 4/25/19, 4/26/18. Defendants and Defense Counsel are unavailable for the following days:

[2] The parties reserve the right to supplement and/or amend the witness list as the parties continue to obtain further information and documents through discovery and trial preparation.

| | | |
|---|---|---|
| 3. | Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **September 14, 2018** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **September 21, 2018** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **October 5, 2018** |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **August 31, 2018** |
| 7. | Fact discovery shall be completed by | **March 21, 2019** |
| 8. | Expert discovery shall be completed by | **March 21, 2019** |
| 9. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **April 25, 2019** |
| 10. | Mediation shall be completed by | **April 30, 2019** |
| 11. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **May 16, 2019** |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **May 23, 2019** |
| 13. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by | **May 30, 2019** |

DATED:  The 6th day of July, 2018.

By: */s/ Neil Tobak, Esq.*
    Neil Tobak, Esq.
    Fla. Bar No. 093940
    ntobak.zidellpa@gmail.com
    J.H. ZIDELL, P.A.
    300 71st Street, Suite 605
    Miami Beach, FL 33141
    Telephone: (305) 865-6766
    Facsimile: (305) 865-7167
    *Attorney for Plaintiffs*

By: */s/.   Joshua Sheskin*
    **Joshua Sheskin**
    Lubell & Rosen, LLC
    200 S. Andrews Avenue
    Suite 900
    Fort Lauderdale, FL 33301
    954-880-9500
    Fax: 954-755-2993
    Email: adi@lubellrosen.com *Attorney for Defendants Sharpe Delivery Service, Inc., and Claude Gregg*

By: */s/ Anne Marie Estevez*                    
**Anne Marie Estevez**
   Florida Bar No. 991694
   annemarie.estevez@morganlewis.com
**Dalisi Otero Carrasco**
   Florida Bar No. 123634
   dalisi.carrasco@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Attorneys for Defendants Ryder System, Inc.
and BrandsMart U.S.A., Inc.*

By: */s/.* **Hilda Piloto** __
**Hilda Piloto**
Saul Ewing Arnstein & Lehr
200 S Biscayne Boulevard
Suite 3600
Miami, FL 33131
305-374-3330
Fax: 305-808-8625
Email: hilda.piloto@saul.com
*Attorney for Defendant Brands Mart USA*