UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22003-CIV-UU

WALTER EDUARDO PEREZ and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                  Plaintiffs, )
vs. )

BRANDS MART U.S.A., INC.,
RYDER SYSTEM, INC.,
SHARPE DELIVERY SERVICE, INC.,
CLAUDE GLEGG.,

                                                  Defendants.

## **PLAINTIFF'S NOTICE OF DEFENDANTS' NON-COMPLIANCE WITH [DE8]**

COMES NOW the Plaintiff, by and through undersigned, and files this Notice of Defendants' Non-Compliance with the Court's Order [DE8], and states as follows:

1. Per the Court's Order [DE8], "Defendant(s) shall then file a "Response to Plaintiff's Statement of Claim" setting forth in detail any defenses to Plaintiff's claim(s) and serve copies of all supporting documents within **twenty (20) days** of being served with Plaintiff's Statement of Claim…Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the dismissal of this action or entry of default."

2. Per [DE23], Plaintiff, by and through undersigned, served Defendants, by and through their counsel, with the Court's Order [DE8], and, in accordance with same, Plaintiff's Statement of Claim [DE11], Plaintiff's ID badge, text messages by and between Plaintiff and Defendant Glegg, text messages by and between Plaintiff and

former co-worker, and text messages by and between Plaintiff's significant other and Defendant Glegg, on 6/20/18. *See also,* Exhibit "A."

3. As such, Defendants were required to file their Response to Plaintiff's Statement of Claim and serve copies of <u>all</u> supporting documents by no later than July 10, 2018.

4. As of the filing the instant Notice Defendants have failed to comply with the Court's Order [DE8].

5. Plaintiff, therefore, respectfully requests the Court take Notice of Defendants' failure to comply with the Court's Order [DE8] and enter default against Defendants, jointly and severally.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 7/11/18 TO:**

**HILDA PILOTO, ESQ.**
**SAUL EWING ARNSTEIN & LEHR**
**200 S BISCAYNE BOULEVARD, SUITE 3600**
**MIAMI, FL 33131**
**PH: 305-374-3330**
**FAX: 305-808-8625**
**EMAIL: HILDA.PILOTO@SAUL.COM**

**ADI AMIT, ESQ.**
**LUBELL & ROSEN, LLC**

**200 S. ANDREWS AVENUE, SUITE 900**
**FORT LAUDERDALE, FL 33301**
**PH: 954-880-9500**
**FAX: 954-755-2993**
**EMAIL: ADI@LUBELLROSEN.COM**

**ANNE MARIE ESTEVEZ, ESQ.**
**MORGAN LEWIS & BOCKIUS**
**200 S BISCAYNE BOULEVARD**
**SUITE 5300 WACHOVIA FINANCIAL CENTER**
**MIAMI, FL 33131-2339**
**PH: 305-415-3330**
**FAX: 305-415-3001**
**EMAIL: AESTEVEZ@MORGANLEWIS.COM**

**BY:\_\_\_/s/\_\_\_Rivkah Jaff_____**
**RIVKAH JAFF, ESQ.**