**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

WALTER EDUARDO PEREZ and all others similarly situated under 29 U.S.C. 216(b),

Plaintiffs,

vs.

BRANDS MART U.S.A., INC., RYDER SYSTEM, INC., SHARPE DELIVERY SERVICE, INC., CLAUDE GLEGG,

Defendants.

CASE NO. 18-22003-CIV-UU

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE
OF DEFENDANTS' ALLEGED NON-COMPLIANCE WITH [DE8]**

COMES NOW, Defendants Brands Mart U.S.A., Inc. and Ryder System, Inc. (collectively, "Defendants"), by and through the undersigned, and files this Response to Plaintiff's Notice of Defendants' Non-Compliance with [DE 8] ("Plaintiff's Notice"), and states as follows:

1. On June 27, 2018, Defendants responded to Plaintiff's Statement of Claim and informed Plaintiff that Defendants are not the employer, did not contract with Plaintiff, and never tracked any time or work of Plaintiff. [*See* DE 32 & 33.]

2. On July 3, 2018, Defendants filed their respective Answer to the Amended Complaint, whereby they reiterated that they are not the employer, did not contract with Plaintiff, and never tracked any time or work of Plaintiff. [*See* DE 34 & 35.]

3. In addition to submitting their written responses to Plaintiff's Statement of Claim, and filing their respective Answers, on or about July 5, 2018 counsel for Defendants, Leni D. Battaglia and Dalisi O. Carrasco, spoke with counsel for Plaintiff, Neil Tobak, and

informed him that Defendants were not Plaintiff's employer, did not contract with Plaintiff, never tracked any time or work of Plaintiff and, therefore, had no relevant documents to produce in response to Plaintiff's Statement of Claim. Counsel for Defendants noted that they had documents regarding the business relationship among Defendants, and that such documents were not relevant to the alleged services performed by Plaintiff – including any services performed by Plaintiff for other of the defendants – but that it would produce such documents subject to the entry of a confidentiality order to protect the confidential and proprietary nature of the material contained in those documents. Mr. Tobak voiced no objection to this approach and agreed to work with Defendants in drafting a mutually-agreeable confidentiality order.

4. Accordingly, Plaintiff's Notice is without merit, disingenuously contradicts and ignores Defendants' submissions and the parties' prior conversations, and should therefore be disregarded in its entirety as it relates to Defendants.

Dated this 11th day of July, 2018.

Respectfully submitted,

*/s/ Dalisi O. Carrasco*
Anne Marie Estevez
 Florida Bar No. 991694
  Email: annemarie.estevez@morganlewis.com
Dalisi O. Carasco
 Fla. Bar No. 123634
  Email: dalisi.carrasco@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3000
Facsimile: 877.432.3001

*Counsel for Defendant*

DB1/ 98393978.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2018, the foregoing document was served via electronic mail on all counsel of record or pro se parties identified in the Service List below:

## SERVICE LIST

| | |
|---|---|
| Neil Tobak, Esq.<br>Fla. Bar No. 093940<br>ntobak.zidellpa@gmail.com<br>J.H. ZIDELL, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br><br>*Attorney for Plaintiffs* | Adi Amit<br>Lubell & Rosen, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, FL 33301<br>954-880-9500<br>Fax: 954-755-2993<br>Email: adi@lubellrosen.com<br><br>*Attorney for Defendants Sharpe Delivery Service, Inc., and Claude Gregg*<br><br>**Hilda Piloto**<br>Florida Bar No. 0154120<br>SAUL EWING ARNSTEIN & LEHR LLP<br>200 South Biscayne Boulevard<br>Suite 3600<br>Miami, Florida 33131-2395<br>Phone: 305.428.4500<br>Fax: 305.808.8620<br>Primary Email: hilda.piloto@saul.com<br>Secondary Email: ana.sharp@saul.com<br><br>*Attorney for Defendant BrandsMart U.S.A., Inc.* |

*/s/ Dalisi O. Carrasco*
Dalisi O. Carrasco